■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDON MCMULLEN, Appellant. [718 NYS2d 683] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. CAVE, Appellant. [718 NYS2d 677] —Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contentions that County Court failed to advise defendant of his rights or elicit a proper waiver of those rights before accepting defendant's plea of guilty (*see, People v Harris,* 61 NY2d 9, 16-19; *People v Davenport,* 273 AD2d 926); that the plea allocution was factually insufficient (*see, People v Hall,* 71 NY2d 1002, 1006; *People v Clairborne,* 29 NY2d 950, 951; *People v Amaya,* 219 AD2d 523, *lv denied* 87 NY2d 844); or that the plea was invalid, and the right to effective assistance of counsel violated, as a result of defense counsel's error in informing defendant of a potential sentence (*see, People v Garcia,* 92 NY2d 869, 870-871; *People v Modica,* 64 NY2d 828, 829). The court did not abuse its discretion in denying defendant youthful offender status and imposing the minimum possible sentence of incarceration, a determinate term of $3\frac{1}{2}$ years. (Appeal from Judgment of Chautauqua County Court, Ward, J.—Attempted Burglary, 1st Degree.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN DAVID FREDERICK, JR., Appellant. [718 NYS2d 682] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Forgery, 2nd Degree.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.